1  WRIGHT, FINLAY & ZAK, LLP
2  T. Robert Finlay, Esq., SBN 167280
   rfinlay@wrightlegal.net
3  Todd E. Chvat, Esq., SBN 238282
4  tchvat@wrightlegal.net
   4665 MacArthur Court, Suite 280
5  Newport Beach, CA  92660
6  Tel: (949) 477-5050; Fax: (949) 477-9200

7
   Attorneys for Defendant NATIONSTAR MORTGAGE, LLC, successor in interest
8  to AURORA BANK, FSB

9           **UNITED STATES DISTRICT COURT**
10          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11
12  ROSEANNE BARRAGAN;            ) Case No.: 12-cv-01618 SJO (DTBx)
                                  )   (ED)
13            Plaintiff,          ) **JUDGMENT**
14                                )
        vs.                       )
15                                )
16  NATIONSTAR MORTGAGE LLC; and  )
    DOES 1 through 20, inclusive, )
17                                )
                                  )
18            Defendants.         )
19  _____)

20      On November 7, 2012, the Court issued an Order granting Defendant
21  NATIONSTAR MORTGAGE, LLC, successor in interest to AURORA BANK,
22  FSB's ("Defendant") Motion to Dismiss Plaintiff ROSEANNE BARRAGAN's
23  ("Plaintiff") Complaint without leave to amend and Motion to Expunge Lis
24  Pendens.
25  / / /
26  / / /
27  / / /
28  / / /

-1-

_____
[PROPOSED] JUDGMENT

1  In connection therewith, IT IS HEREBY ORDERED that:

2  1) Plaintiff's Complaint is dismissed with prejudice and JUDGMENT is entered in favor of Defendant and against Plaintiff; and

2) The Notice of Action Pending (Lis Pendens) recorded on August 16, 2012 in the County of Riverside Official Records, bearing instrument number 2012-0391224, against the property commonly known as 40884 Carlena Lane, Temecula, California 92591, APN. No. 957-580-048-0 (the "Property"), is hereby immediately EXPUNGED, so as not to constitute constructive or actual notice of any matter contained in it, or of any matters relating to this action, or create any duty of inquiry in any person dealing with the real property described in the Notice after the date of recordation of this Judgment.

IT IS SO ORDERED.

November 14, 2012    _____

HON. S. JAMES OTERO,

UNITED STATES DISTRICT JUDGE